WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROGH CERTIFICATES, SERIES 2007-BNC1, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendant. | Case No.: 2:20-cv-02079-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 4]** <br><br> **[Second Request]** |

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 ("US Bank") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 16, 2020, US Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-823189-C [ECF No. 1-1];

2. On November 12, 2020, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. On November 16, 2020, FNTIC filed a Motion to Dismiss [ECF No. 4];

4. US Bank's deadline to respond to FNTIC's Motion to Dismiss is currently December 14, 2020 [ECF No. 13];

5. US Bank's counsel is requesting a brief extension until Monday, December 28, 2020, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow the Parties additional time to discuss a stipulation for US Bank to amend its Complaint to correct certain exhibits that were provided with the original Complaint.

7. Counsel for FNTIC does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 14th day of December, 2020. | DATED this 14th day of December, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1* | /s/ Kevin S. Sinclair<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __14th__ day of December, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge