WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROGH CERTIFICATES, SERIES 2007-BNC1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-02079-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 4]**<br><br>[Sixth Request] |

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 ("U.S. Bank") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 16, 2020, U.S. Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-823189-C [ECF No. 1-1];

2. On November 12, 2020, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. On November 16, 2020, FNTIC filed a Motion to Dismiss [ECF No. 4];

4. U.S. Bank's deadline to respond to FNTIC's Motion to Dismiss is currently February 8, 2021 [ECF No. 28];

5. U.S. Bank's counsel is requesting an extension until March 8, 2021, to file its response to the pending Motion to Dismiss;

6. This additional extension is requested to allow U.S. Bank additional time to finalize and file its response to the pending Motion to Dismiss as lead handling counsel for U.S. Bank continues to recover from an unexpected medical emergency.

7. Counsel for FNTIC does not oppose the requested extension;

8. This is the sixth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 8th day of February, 2021. | DATED this 8th day of February, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins | /s/ Kevin S. Sinclair |
| Darren T. Brenner, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 12277 |
| Lindsay D. Robbins, Esq. | 16501 Ventura Boulevard, Suite 400 |
| Nevada Bar No. 13474 | Encino, California 91436 |
| 7785 W. Sahara Ave., Suite 200 | *Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |
| Las Vegas, NV 89117 | |
| *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1* | |

**IT IS SO ORDERED.**

Dated this  8th   day of February, 2021.

RICHARD E. BOULWARE, II
United States District Court