Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| US BANK NATIONAL ASSOCIATION, | Case No.: 2:20-CV-02079-RFB-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND RESPOND TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF Nos. 32, 33]** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | **FIRST REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 16, 2020, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

1
**STIPULATION AND ORDER**

2. On November 12, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1.);

3. On November 16, 2020, Fidelity filed its motion to dismiss U.S. Bank's complaint. (ECF No. 4.);

4. On March 8, 2021, U.S. Bank filed its opposition to Fidelity's motion to dismiss (ECF No. 32) and also filed a countermotion for partial summary judgment. (ECF No. 33.);

5. Fidelity's reply supporting its motion to dismiss is due on March 15, 2021, while its response to U.S. Bank's countermotion for partial summary judgment is due on March 29, 2021;

6. Counsel for Fidelity is requesting a 30-day extension of its deadline to file a reply supporting its motion to dismiss and a 16-day extension of its deadline to file a response to U.S. Bank's countermotion, both until April 14, 2021, to afford Fidelity's counsel additional time to review and respond to U.S. Bank's opposition and countermotion.

7. Counsel for U.S. Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//



8. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to file a reply to the motion to dismiss and to file a response to U.S. Bank's countermotion for partial summary judgment are both hereby extended through and including April 14, 2021.

Dated: March 12, 2021                SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE INSURANCE
    COMPANY

Dated: March 12, 2021                WRIGHT, FINLAY & ZAK, LLP

By: _/s/-Darren T. Brenner_
    DARREN T. BRENNER
    Attorneys for Plaintiff
    U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  15th  day of   March   , 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE



3
**STIPULATION AND ORDER**