WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROGH CERTIFICATES, SERIES 2007-BNC1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-02079-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO OPPOSITION TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 39]**<br><br>[First Request] |

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 ("U.S. Bank Trustee") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 16, 2020, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-823189-C [ECF No. 1-1];

2. On November 12, 2020, FNTIC filed a Petition for Removal to this Court [ECF No. 1];
3. On November 16, 2020, FNTIC filed a Motion to Dismiss [ECF No. 4];
4. On March 8, 2021, U.S. Bank Trustee filed an Opposition to FNTIC's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 32 and 33];
5. On April 20, 2021, FNTIC filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF Nos. 39 and 41];
6. U.S. Bank Trustee contends that it is entitled to file a response to FNTIC's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is May 4, 2021;
7. U.S. Bank Trustee's counsel is requesting a thirty (30) extension to respond to FNTIC's Opposition, until June 3, 2021;
8. This extension is requested to allow counsel for U.S. Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Opposition;
9. Counsel for FNTIC does not oppose the requested extension to the extent that a response is permitted;

///

///

///

///

///

///

| | |
|---|---|
| 1    10. This is the first request for an extension which is made in good faith and not for | |
| 2         purposes of delay. | |
| 3    **IT IS SO STIPULATED.** | |

| | |
|---|---|
| DATED this 4th day of May, 2021.<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Lindsay D. Robbins<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1* | DATED this 4th day of May, 2021.<br><br>SINCLAIR BRAUN LLP<br><br>/s/ Kevin S. Sinclair<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Boulevard, Suite 400<br>Encino, California 91436<br>*Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __4th__ day of May, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court