WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BNC1, MORTGAGE PASS-THROGH CERTIFICATES, SERIES 2007-BNC1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-02079-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1, Mortgage Pass-Through Certificates, Series 2007-BNC1 and Defendants Fidelity National Title Group and Fidelity National Title Insurance Company, by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 30th day of January, 2023.          DATED this 30th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP                      SINCLAIR BRAUN LLP

/s/ Lindsay D. Dragon, Esq.                    /s/ Kevin S. Sinclair, Esq.
Lindsay D. Dragon, Esq.                        Kevin S. Sinclair, Esq.,
Nevada Bar No. 13474                           Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                 16501 Venture Blvd., Suite 400
Las Vegas, NV 89117                            Encino, CA 91436
*Attorneys for Plaintiff*                      *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this  2nd  day of February, 2023.

_____
RICHARD E. BOULWARE, II
United States District Court